# United States Court of Appeals
## For the First Circuit

Nos. 21-1045 & 21-1616

ADEKUNLE OLUWABUMWI ADEYANJU,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on February 24, 2022 is amended as follows:

On page 47, footnote 26, line 2, change "Eight" to "Eighth"